## O'QUIN v. STATE.
### No. 17897.

Court of Criminal Appeals of Texas.
Feb. 5, 1936.

J. M. Burns, Jr., and Cooper & Baker, all of Henderson, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Under proper indictment, the appellant was convicted of the offense of theft, and his penalty assessed at confinement in the penitentiary for two years.

The evidence heard in the trial court is not brought forward for review. Nothing is perceived which would authorize interference with the verdict.

The judgment is affirmed.

## GILLOCK v. STATE.
### No. 18290.

Court of Criminal Appeals of Texas.
Feb. 5, 1936.

Shead & Smith, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Appellant was convicted of burglary and sentenced to confinement in the penitentiary for two years.

The indictment is regular and properly presented. The evidence heard before the trial court is not brought forward for review. Nothing is perceived which would authorize interference with the judgment. It is therefore affirmed.

## BLAYLOCK v. STATE.
### No. 17883.

Court of Criminal Appeals of Texas.
Feb. 5, 1936.

Sam Baskin and Walter Prichard, both of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for murder; punishment being assessed at 20 years in the penitentiary.

The record is before this court without bills of exception or statement of facts. The indictment is in proper form. No questions are presented for review.

The judgment is affirmed.